**STATE v. BOLLINGER**

[363 N.C. 251 (2009)]

STATE OF NORTH CAROLINA v. WESLEY DAVID BOLLINGER

No. 449A08

(Filed 1 May 2009)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 192 N.C. App. ——, 665 S.E.2d 136 (2008), finding no prejudicial error at a trial resulting in a judgment entered on 21 February 2007 by Judge Christopher M. Collier in Superior Court, Cabarrus County. Heard in the Supreme Court 30 March 2009.

*Roy Cooper, Attorney General, by Charles E. Reece, Assistant Attorney General, for the State.*

*Jarvis John Edgerton, IV for defendant-appellant.*

PER CURIAM.

AFFIRMED.